AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>DOMINGUEZ, DANIEL R. | 2. Court or Organization<br><br>US DISTRICT COURT PUERTO RICO | 3. Date of Report<br><br>5/14/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ARTIBLE III JUDGE (Senior status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>JOSE V. TOLEDO US COURTHOUSE<br>300 RECINTO SUR ST., SUITE 348<br>SAN JUAN, PR 00901 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOMINGUEZ, DANIEL R.** | 5/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 5/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. UBS Resource Management Account (cash account) | E | Int./Div. | J | T | | | | | |
| 2. UBS Portfolio (H) | | | | | | | | | |
| 3. PR GNMA POOL 0397364X UNIT 100 | A | Interest | K | T | | | | | |
| 4. PR GNMA POOL 0437567X UNIT 095 | A | Interest | | | Sold | 10/15/20 | K | | |
| 5. PR GNMA POOL 0402635X UNIT 100 | A | Interest | K | T | | | | | |
| 6. PR GNMA POOL 0433767X UNIT 096 | A | Interest | K | T | | | | | |
| 7. PR GNMA POOL 0437567X UNIT 097 | A | Interest | K | T | | | | | |
| 8. PR GNMA POOL 0437567X UNIT 098 | A | Interest | K | T | | | | | |
| 9. PR GNMA POOL 0437567X UNIT 099 | A | Interest | K | T | | | | | |
| 10. PR GNMA PL 607391X UNIT 96 | A | Interest | K | T | | | | | |
| 11. PACE Global Fixed Income Investment Fund Class P, Symbol: PCGLX | A | Interest | J | T | | | | | |
| 12. PACE Government Money Market Investments Fund Class P, Symbol: PCEXX | A | Interest | J | T | | | | | |
| 13. PACE High Yield Investments Class P, Symbol: PHYPX | A | Interest | J | T | | | | | |
| 14. PACE Intermediate Fixed Income Investments Class P, Symbol: PCIFX | A | Interest | J | T | | | | | |
| 15. PACE Mortgage-Backed Sec Fixed Income Invest Fund Class P, S: PCGTX | A | Interest | J | T | | | | | |
| 16. PACE Municipal Fixed Income Invest Class P, Symbol: PCMNX | B | Interest | K | T | | | | | |
| 17. PACE Strategic Fixed Income Investments Class P, Symbol: PCSIX | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DOMINGUEZ, DANIEL R. | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  CBRE Clarion Global Real Estae, Symbol: IGR | B | Interest | J | T | | | | | |
| 19.  ENERGY Transfer LP Units LTD Partnership MLP, Symbol: ET | A | Interest | J | T | | | | | |
| 20.  GLOUCUSTER Co. NJ Impt. AU Assur RV OID97.392 BE/R/, CUSIP: 37970PGL0 | A | Interest | K | T | | | | | |
| 21.  Delaware ST Econ Dev Aut Assur RV BE/R/, CUSIP: 246387SR6 | C | Interest | L | T | | | | | |
| 22.  Donna TX CTFS Oblig LT Build BE/R/, CUSIP: 257831NH6 | B | Interest | L | T | | | | | |
| 23.  Doubleline Income Solutions FD, Symbol: DSL | A | Interest | J | T | | | | | |
| 24.  Victory Incore Fund for Income Class A, Symbol: IPFIX | A | Dividend | L | T | | | | | |
| 25.  US Municipal & Income Fund Inc. Class A | B | Dividend | K | T | | | | | |
| 26.  Eaton Vance Tax Advantaged Global Divid Income Fund, Symbol: ETG | B | Interest | K | T | | | | | |
| 27.  Nuveen Tax Adv Total Return Strategy Fund, Symbol: JTA | A | Interest | J | T | | | | | |
| 28.  Puerto Rico GNMA & US Govt. Target Mat. FD Inc. | A | Interest | J | T | | | | | |
| 29.  Puerto Rico AAA Portfl. Bond Inc. | A | Interest | J | T | | | | | |
| 30.  Merrill Lynch Cash Money Account (X) | A | Interest | K | T | | | | | |
| 31.  Merrill Lynch Portfolio (H)(X) | | | | | | | | | |
| 32.  GNMP 396595 06 #100 (X) | B | Interest | K | T | | | | | |
| 33.  GNMP 607391 06 #97 (X), CUSIP 36239SUH6 36239SUG8 | B | Interest | K | T | | | | | |
| 34.  GNMP 607391 06 #98 (X) CUSIP 36239SUG8 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOMINGUEZ, DANIEL R.** | 5/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | GNMP 607391 06 #99 (X) CUSIP 36239SUF0 | B | Interest | K | T | | | | | |
| 36. | US TREASURY BILL: 6/25/2020 CUSIP: 912796UA5 | A | Interest | | | Matured | 06/25/20 | K | | |
| 37. | US TREASURY BILL: 1/14/2021 CUSIP: 9127963U1 | A | Interest | K | T | Buy | 07/13/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DOMINGUEZ, DANIEL R.** | 5/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Merrill Lynch: New investment during the year 2020. See line 37. Upon maturity of each US Treasury Bill asset, a new US Treasury Bill is acquired for a similar amount.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ DANIEL R. DOMINGUEZ

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544